# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **2:25-cv-05164-PA (DTB)**                                      Date: **December 18, 2025**

Title:  **Dean Morgan v. St. Andres**

===============================================================

**DOCKET ENTRY**

===============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                   ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

By way of background, October 10, 2025, respondent appeared and filed a Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus ("Motion"). (Docket No. 13). Petitioner's Opposition to the Motion was due on or before November 10, 2025. However, on October 17, 2025, the Court received from Petitioner a Change of Address filed October 17, 2025, advising the Court that he arrived at Mule Creek State Prison on September 29, 2025. In light of Petitioner's transfer to Mule Creek State Prison, the Court ordered Respondent to provide Petitioner with a duplicate copy of the Motion and Lodging of Documents (Docket Nos. 13, 14) which were mailed to an incorrect address.

On the Court's own motion, the Court, *sua sponte*, extended Petitioner's time up to and including November 28, 2025, within which to file an Opposition to the Motion. Petitioner is advised that pursuant to Central District of California Local Rule 7-12, the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion. As of this date, Petitioner has failed to serve and file an Opposition to the Motion.

Accordingly, Petitioner is ordered to show cause, in writing, no later than **January 16, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute or why Respondent's Motion should not be granted. This Order to Show Cause will be discharged upon the filing of an Opposition or statement of non-opposition

to the Motion. If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Petitioner's convenience.

**IT IS SO ORDERED**.

MINUTES FORM 11  
CIVIL-GEN

Initials of Deputy Clerk   RAM